IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREA TOLDEN-HUGHES, ) | |
| ) | |
| Plaintiff, ) | Case No. 07-133-DRH |
| ) | |
| v. ) | (Removed from St. Clair |
| ) | County, Case No. 07-L-22) |
| ) | |
| INTEGRATED FACILITY SERVICES, INC.,) | |
| a corporation, and AIR MASTERS, ) | |
| a corporation, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

    Now before the Court is the Defendant, Integrated Facility Services, Inc.'s, Motion for Leave to File Amended Motion to Dismiss Count I of the Plaintiff's Complaint, Amended Brief in Support Thereof, and Amended Affidavit (Document 14.) The Court, being fully advised in the premises, hereby GRANTS the Motion. Integrated Facility Services, Inc. shall electronically file its amended documents within three (3) days of the date this Order is entered. Responses remain due by April 2, 2007.

Entered this 5th day of March, 2007.

                                                               /s/       David   RHerndon
                                                       United States District Judge